**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| KENDARION JENNINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:25-cv-02930-TLP-tmp |
| v. | ) | |
| | ) | JURY DEMAND |
| EXPERIAN INFORMATION SOLUTIONS | ) | |
| LLC, AMERICAN EXPRESS NATIONAL | ) | |
| BANK, and CITICORP CREDIT | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pro se Plaintiff Kendarion Jennings sued Defendants Experian Information Solutions LLC, American Express National Bank ("American Express"), and Citicorp Credit Services, Inc., alleging Fair Credit Reporting Act ("FCRA") violations. (ECF Nos. 2.) The Court referred the case to Chief Magistrate Judge Tu M. Pham to manage all pretrial matters. *See* Admin. Order No. 2013-05. Plaintiff later amended his Complaint but still alleges that Defendants violated the FCRA. (ECF No. 22.)

American Express moved to dismiss the Amended Complaint. (ECF No. 34.) Plaintiff then moved for leave to file a second amended complaint. (ECF No. 50.) Judge Pham granted Plaintiff's request. (ECF No. 52.) Judge Pham then issued a Report and Recommendation ("R&R") recommending that this Court deny American Express's Motion to Dismiss as moot. (ECF No. 53.) American Express did not object. The Court thus reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b), advisory committee notes.

After review, the Court agrees that Plaintiff's Second Amended Complaint moots

American Express' Motion to Dismiss.  *See Crawford v. Tilley*, 15 F.4th 752, 759 (6th Cir. 2021)

("The general rule is that filing an amended complaint moots pending motions to dismiss."

(citations omitted)).  For this reason, the Court **ADOPTS** the R&R and **DENIES AS MOOT**

American Express's Motion to Dismiss (ECF No. 34).

   **SO ORDERED**, this 5th day of August, 2026.

   s/ Thomas L. Parker
   THOMAS L. PARKER
   UNITED STATES DISTRICT JUDGE